UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Steven E Dudley<br>Deborah K Dudley | CASE NO. 10-36162 |
| Debtors. | ORDER |

This case came before the court on the motion of US Bank N.A., seeking relief from the stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

IT IS ORDERED:

1. The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated February 04, 2005, executed by Steven E Dudley and Deborah K Dudley husband and wife , recorded on covering real estate located in Le Sueur County, Minnesota, legally described as:

ALL THAT PART OF THE NORTH HALF (N 1/2) of THE NORTHEAST QUARTER (NE 1/4) OF THE SOUTHEAST QUARTER (SE 1/4); AND ALL THAT PART OF THE NORTHEAST QUARTER (NE 1/4) OF SECTION THIRTY-FIVE '(35), TOWNSHIP ONE HUNDRED NINE' (109) NORTH, RANGS: TWENTY-THREE'(23) WEST, LESUEUR COUNTY, MINNESOTA, DESCRIBED AS FOLLOWS:BEGINNING AT THE EAST ONE QUARTER CORNER OF SAID SECTION THIRT!-FIVE (35: THENCE SOUTH 00 DEGREES 04 MINUTES 34 SECONDS WEST ON THE EAST LINE OF SAID SOUTHEAST QUARTER (SE1/4)' OF SECTION THIRTY-FIVE (35) A DISTANCE 659.38. FEET TO THE SOUTH LINE OF SAID NORTH HALF (N1/2) or THE NORTHEAST QUARTER (NE1/4) OF THE SOUTHEAST QUARTER (SE1/4) OF SECTION THIRTY-FIVE (35); THENCE : SOUTH 89 DEGREES 28 MINUTES 18 SECONDSWEST ON SAID SOUTH LINE 373.85 FEET; THENCE NORTH 00 DEGRES 01 MINUTES 26 SECONDS,WEST 659.50 FEET TO THE NORTH LINE OF SAID SOUTHEAST, QUARTER (SE1/4); THENCE: CONTINUING NORTH 00 DEGREES 0126 SECONDS WEST IN SAID NORTHEAST QUARTER (NE1/4) OF SECTION; THIRTY FIVE (35) A DISTANCE OF 894 08 FEET TO THE CENTERLINE OF MINNESOTA TRUNK HIGHWAY NO, 13, THENCE SOUTH 71 DEGREES 54 MINUTES 14 SECONDS EAST ON SAID CENTERLINE 263.03 FEET; THENCE SOUTH 00 DEGREES 01 MINUTES 26 SECONDS EAST 810.16 FEET TO SAID SOUTH LINE OF THE NORTHEAST QUARTER (NE1/4); THENCE NORTH 89 DEGREES 29 MINUTES 29 SECONDS EAST ON SAID SOUTH LINE 125.00 FEET TO THE POINT OF BEGINNING.   THIS TRACT CONTAINS 5.67 ACRES OF THE NORTH HALF (N1/2) QF 'THE NORTHEAST QUARTER (NE1/4) OF THE SOUTHEAST QUARTER (SE 1/4) AND 4.89 ACRES OF THE NORTHEAST QUARTER (NE 1/4) AND IS SUBJECT TO RIGHT –OF-WAY IN EXISTING MINNESOTA TRUNK HIGHWAY NO 13,

and may pursue its remedies under state law in connection with the mortgage deed.

2. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated:   December  1, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/01/2010*
Lori Vosejpka, Clerk, By sir, Deputy Clerk